AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) |
|---|---|
| v. | ) Case No. 20-MJ- 6073 |
| Dakota Flint | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 13, 2020** in the county of **Livingston** in the **Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) | did knowingly possess a thumbdrive, that contained digital images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained twelve years of age, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

s/ Susan Jensen

*Complainant's signature*

SA Susan Jensen, HSI
*Printed name and title*

Sworn to me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1

s/ Jonathan E. Hawley

Date: 05/14/2020

*Judge's signature*

City and state: Morton, IL — Jonathan E. Hawley, U.S. Magistrate Judge
*Printed name and title*